PLAINS TOWNSHIP, Individually and on Behalf of All Others Similarly Situated and Plymouth Borough, Individually and on Behalf of All Others Similarly Situated, Appellants

v.

HOSPITAL SERVICE ASSOCIATION OF NORTHEASTERN PENNSYLVANIA f/k/a Blue Cross of Northeastern Pennsylvania, a Pennsylvania Nonprofit Corporation and AllOne Foundation, a Pennsylvania Nonprofit Corporation, and AllOne Charities, a Pennsylvania Nonprofit Corporation and Commonwealth of Pennsylvania, by Its Office of Attorney General, Appellees

No. 8 MAP 2017

Supreme Court of Pennsylvania.

Decided: November 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2017, the order of the Commonwealth Court is **AFFIRMED.**

Justice Todd did not participate in the consideration or decision of this case.

Bernard BANKS, Respondent

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Petitioner

No. 366 MAL 2016

Supreme Court of Pennsylvania.

Decided: November 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of November, 2017, the Petition for Allowance of Appeal is **GRANTED,** the order of the Commonwealth Court, No. 1452 CD 2015, 136 A.3d 1102, filed April 27, 2016, is **VACATED,** and the case is **REMANDED** to the Commonwealth Court for further proceedings in light of *Smith v. Pa. Board of Probation and Parole*, 2017 WL 4655306, —— Pa. ——, 171 A.3d 759 (Oct. 18, 2017).